NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT JAMES KEATON,  )
                      )
        Appellant,    )
                      )
v.                    )        Case No. 2D18-4817
                      )
STATE OF FLORIDA,     )
                      )
        Appellee.     )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

Affirmed. See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); DuBoise v. State, 520 So. 2d 260 (Fla. 1988); State v. King, 426 So. 2d 12 (Fla. 1982); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); Coney v. State, 833 So. 2d 290 (Fla. 5th DCA 2002); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998); Mendez v. State, 747 So. 2d 1032 (Fla. 3d DCA 1999).

KHOUZAM, C.J., and SLEET and BADALAMENTI, JJ., Concur.